**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOHN DOE, an individual,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>COUNTY OF EL DORADO an unincorporated California county; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 2:13-CV-01433-KJM-AC<br><br>**ORDER GRANTING LEAVE TO PROCEED UNDER A PSEUDONYM AND ORDERING ALL INFORMATION IDENTIFYING PLAINTIFF'S TRUE IDENTITY BE FILED UNDER SEAL** |

For good cause shown, Plaintiff's request to proceed in this matter under the pseudonym of "JOHN DOE" **GRANTED**, with the proviso that the public will not be prevented from observing the proceedings or rulings of the court. Plaintiff's request to file under seal any document revealing Plaintiff's true identity is also **GRANTED**, with the clarification that to the extent plaintiff's true identity can be protected through redaction alone, documents must be redacted instead of sealed. No document filed under seal shall be open to inspection, except as provided herein.

It is **ORDERED** that Defendant(s) may review the sealed documents and may reveal Plaintiff's true identities (or any information or distinguishing characteristics which could reveal Plaintiffs' true identities) only to attorneys litigating this case on their behalf.  Any person or entity who comes to learn of Plaintiff's true identity (or any information or distinguishing characteristics which could reveal Plaintiff's true identity) by means of, or as a result of, this litigation is hereby **ORDERED** not to reveal Plaintiff's true identity (or distinguishing characteristics) by any means to any other person or entity not authorized by this Court to receive such information.

Any party that believes a document has been sealed or redacted improperly may file a motion to unseal or to delete redactions, to be heard by the undersigned.  The court on its own motion may direct a party to show cause as to why a document should not be unsealed or redactions deleted.

Because Plaintiff's physical safety is at stake, this Court shall, within its discretion, impose the maximum sanction permitted by law for any violation of this Order.

DATED:  August 15, 2013.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO PROCEED UNDER PSEUDONYM AND FILE UNDER SEAL