UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF EL DORADO, et al.,<br><br>   Defendants. | Civ. No. S-13-1433 KJM AC<br><br><br>ORDER |

On August 16, 2013, the court granted plaintiff's ex parte motion to be allowed to proceed under a pseudonym and to file under seal any document revealing plaintiff's true identity.[1] ECF No. 14. The order provided that "to the extent Plaintiff's true identity can be protected through redaction alone, documents must be redacted instead of sealed." ECF No. 14 at 1.

Plaintiff has now filed a motion to seal Document 8-1, as it contains some potentially identifying information. Plaintiff has provided a copy of a document he claims is redacted, but which contains the same information. As the information may be protected through redaction, the court declines to seal ECF No. 8-1 unless and until plaintiff provides a properly redacted version to be placed on the public docket.

---

[1] A motion for reconsideration of this order is pending, to be heard on October 11, 2013.

1

1         IT IS THEREFORE ORDERED that plaintiff's motion to seal ECF No. 8-1 is
2  denied without prejudice.
3  DATED: September 25, 2013.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

2